IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. <br> d/b/a IOU FINANCIAL, INC <br><br> Plaintiff, <br> vs. <br><br> RUNI EXPRESS, INC. <br> D/B/A BLANC APPAREL/J & SKY, <br> JENNY KAYLA MIN BANG <br> A/K/A JENNY KAYLA MIN <br> A/K/A JENNY MIN <br> A/K/A JENNY MIN BANG <br> A/K/A MINJUNG BANG <br> A/K/A JUNG I MIN, <br> SEAN HWAN MIN <br> A/K/A SEAN JOON MIN <br> A/K/A HYUNG DO MIN <br> A/K/A HWA JOON MIN, <br> 2017 SKY, LLC, <br> MJ GLOBAL ENTERPRISE, INC., <br> SUSAN HEO <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO. 4:19-cv-224-CDL |

## **VOLUNTARY DISMISSAL OF ENTIRE CASE AND OF ALL CLAIMS WITH PREJUDICE**

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff IOU dismisses this entire case with prejudice.

Respectfully submitted this 16th day of January 2020.

By:   */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 264-2358
Email: pwersant@gmail.com
Attorney for Plaintiff
File No. 116926